```
JENNIFER KAREN NELSON          LVNV FUNDING
396 WAYNE PARDUE RD            ATTN: BANKRUPTCY
LUMBERTON, MS 39455            PO BOX 10497
                               GREENVILLE, SC 29603


THOMAS C. ROLLINS, JR.         MIDLAND CREDIT MGMT
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY
P.O. BOX 13767                 PO BOX 939069
JACKSON, MS 39236              SAN DIEGO, CA 92193


AFFIRM, INC.                   MOHELA
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
650 CALIFORNIA ST              633 SPIRIT DR
FL 12                          CHESTERFIELD, MO 63005
SAN FRANCISCO, CA 94108

CAPITAL ONE                    SOUTHERN FED
ATTN: BANKRUPTCY               4 GREENWAY PLAZA
P.O. BOX 30285                 HOUSTON, TX 77046
SALT LAKE CITY, UT 84130


CHIMEFINAL                     TRUE ACCORD
ATTN: BANKRUPTCY               53 MAIDEN LANE
PO BOX 417                     3RD FLOOR
SAN FRANCISCO, CA 94104        SAN FRANCISCO, CA 94108


COMENITY CAPITAL               VIVE FINANCIAL
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 182125                  PO BOX 708670
COLUMBUS, OH 43218             SANDY, UT 84070


FORREST HEALTH
P.O. BOX 3488
DEPT 05.112
TUPELO, MS 38803-3488


KEESLER FCU
ATTN: BANKRUPTCY
2602 PASS RD
P.O.BOX 7001
BILOXI, MS 39531

KEESLER FCU
ATTN: BANKRUPTCY
PO BOX 7001
BILOXI, MS 39534
```