Certificate Number: 17082-MSS-DE-040289337

Bankruptcy Case Number: 25-51137



17082-MSS-DE-040289337

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 7, 2025, at 1:15 o'clock PM MST, JENNIFER K NELSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  November 8, 2025

By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director